**Order entered March 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00298-CV

### IN RE CRAIG WATKINS, Relator

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-00180-Q**

## ORDER

The Court has before it the State's motion for leave of the court to file attached Exhibit

A. The Court **GRANTS** the motion and **ORDERS** the exhibit attached to the motion filed as of

today's date.


        /s/      MICHAEL J. O'NEILL
                    JUSTICE